U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAR 19 2013

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

UNITED STATES DISTRICT COURT
for the Western District of Arkansas

| | |
|---|---|
| AMANDA JONES, <br> **Plaintiff** <br><br> VS. <br><br> BRUCE E. KOHNKE and <br> BLADE RUNNER TRANSPORT, LLC.; <br> **Defendants** | ) <br> ) <br> ) <br> ) Civil Action No. 13-1028 <br> ) <br> ) <br> ) |

### PLAINTIFF'S ORIGINAL COMPLAINT AND JURY DEMAND

### TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW**, AMANDA JONES, Plaintiff by and through her attorneys of record, FLINT & SOYARS, P.C., complaining of Defendants BRUCE E. KOHNKE and BLADE RUNNER TRANSPORT, LLC. and for purposes of her Complaint would respectfully show the Court and Jury as follows:

1. Plaintiff AMANDA JONES is a resident of El Dorado, Union County, Arkansas.

2. Defendant BRUCE E. KOHNKE is a resident of Colfax, Wisconsin. Service of process may be made on this defendant through his employer's registered agent, Delores M. Cleasby, W27978 US HYW 10, Eleva, Wisconsin, 54738.

3. Defendant BLADE RUNNER TRANSPORT, LLC., is a foreign company authorized to engage in the trucking industry within the State of Arkansas. Service of process may be made on this Defendant by serving the company's registered agent, Delores M. Cleasby, W27978 US HYW 10, Eleva, Wisconsin, 54738.

4. Upon proper service of the Defendants, this Court has jurisdiction and venue is proper.

Amanda Jones vs. Bruce E. Kohnke and Blade Runner Transport, LLP
Plaintiff's Original Complaint and Jury Demand
Page 1

5. Plaintiff AMANDA JONES brings this suit to recover for personal injuries sustained by her in a motor vehicle collision with a vehicle operated by BRUCE E. KOHNKE and owned by Defendant BLADE RUNNER TRANSPORT, LLC. Said collision was proximately caused by Defendant's negligence.

6. On or about September 6, 2012, Plaintiff AMANDA JONES, driving a 2005 Dodge Caravan, was traveling South on Highway 7 North near El Dorado, Union County, Arkansas. Defendant BRUCE E. KOHNKE, driving a 1992 Frightliner, was traveling South on Highway 7 as well. Defendant BRUCE E. KOHNKE travling in the outside South bound lane, takes the off ramp from State Highway 7 North to State Highway 78. Plaintiff AMANDA JONES was traveling behind the Defendant and she also took the State Highway 78 off ramp. Defendant BRUCE E. KOHNKE pulled to the shoulder of the on ramp with the intention of making a left turn on the on ramp to State Highway 7 North from State Highway 78, he accesses the South bound lanes because the on ramp is only accessible from the North bound lane of State Highway 78. Defendant BRUCE E. KOHNKE believed Plaintiff AMANDA JONES to be pulling over on the shoulder of the road, defendant proceeds to make an improper left turn from the shoulder suddenly and violently striking Plaintiff AMANDA JONES in the right rear of her vehicle with the left front of his vehicle. Both Plaintiff and Defendant pulled their vehicles from the area of impact and off the roadway. Defendant BRUCE KOHNKE backed onto the West shoulder off State Highway 78 facing South and Plaintiff AMANDA JONES pulled onto the East side shoulder of State Highway78 facing South. The unanticipated collision caused

Amanda Jones vs. Bruce E. Kohnke and Blade Runner Transport, LLP
Plaintiff's Original Complaint and Jury Demand
Page 2

serious injuries to Plaintiff AMANDA JONES. Witness, TONY C. SIMS, who is a resident of Smackover, Union County, Arkansas, stated he was behind the lady in the van and the eighteen wheeler turns out into the road and hit the lady's van; she was trying to miss him. In addition, the investigating officer, Paul B. Albritton-Troop F of the Arkansas State Police, cited Defendant BRUCE E. KOHNKE for making an improper left turn.

7. Plaintiff will show that the acts and/or omissions of negligence of Defendant BRUCE E. KOHNKE, as set out herein, separately and collectively, were the direct and proximate cause of the injuries sustained by Plaintiff. The acts and omissions of negligence among others are as follows:

   (a) Failing to maintain a proper lookout;
   (b) Driver inattention;
   (c) Failing to timely apply brakes in order to avoid the collision;
   (d) Failure to adhere to Section 2-"Driving Safely" of the CDL driving manual- using a signal to inform of intent to return to highway after leaving the road
   (e) Making an improper left turn

   Each of these acts and omissions, taken singularly or in combination with others constitutes negligence and was the direct and proximate cause of the injuries sustained by Plaintiff.

8. At the time of the accident described above, Defendant BRUCE E. KOHNKE was the agent, servant, and employee of Defendant BLADE RUNNER TRANSPORT, LLC. and was acting within the course and scope of his authority as such agent, servant, and employee. As such, Defendant BLADE RUNNER TRANSPORT, LLC. is vicariously liable under the doctrine of *Respondeat Superior* for all of its agent

Amanda Jones vs. Bruce E. Kohnke and Blade Runner Transport, LLP
Plaintiff's Original Complaint and Jury Demand
Page 3

BRUCE E. KOHNKE'S actions.

9. As a direct result of Defendants' negligence, Plaintiff AMANDA JONES suffered serious injuries to multiple parts of her body, namely to her head, neck, left shoulder, left knee and back. Plaintiff AMANDA JONES sought treatment within hours of the accident at Medical Center of South Arkansas in El Dorado, Arkansas for treatment of her injuries. Plaintiff AMANDA JONES has experienced physical pain and mental anguish in the past and will, in all reasonable probability, continue to do so well into the future by reason of the nature and severity of her injuries. Plaintiff has incurred reasonable medical charges and expenses in the past for necessary medical treatment and will continue to incur medical charges and expenses in the future as a result of her injuries.

10. Plaintiff seeks to recover property damages as her vehicle was a total loss.

11. Plaintiff seeks lost wages for the time she absent from her place of employment due to the injuries suffered in the vehicle accident.

12. By reason of the above and foregoing injuries and damages, Plaintiff meets the minimal jurisdictional requirements of this Court.

13. Plaintiff demands a trial by jury.

**WHEREFORE,** the Plaintiff prays for judgment in an amount that exceeds the minimum requirements for jurisdiction in federal court based on diversity, for her attorneys fees and costs pursuant to Ark. Code Ann. 16-118-107; that the Defendants be cited to appear and answer herein; that she be awarded past and future medical expenses; that she be compensated for her pain, suffering, and mental anguish; that she be awarded property damages; that she be awarded lost

Amanda Jones vs. Bruce E. Kohnke and Blade Runner Transport, LLP
Plaintiff's Original Complaint and Jury Demand
Page 4

wages; that she be awarded pre-judgment and post-judgment interest at the maximum legal rate provided by law; and that she receive any and all other relief to which she may be justly entitled.

          Respectfully submitted,

          FLINT & SOYARS, P.C.
          2821 Richmond Road
          Texarkana, Texas 75503
          Telephone: (903) 334-8928
          Facsimile: (903) 334-8853

_____
Bruce A. Flint
Arkansas Bar No. 98100
Texas Bar No. 071501100
Matthew Q. Soyars
Arkansas Bar No. 2003162
Texas Bar No. 24037534

**Attorneys for Plaintiff**

Amanda Jones vs. Bruce E. Kohnke and Blade Runner Transport, LLP
Plaintiff's Original Complaint and Jury Demand
Page 5