IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

AMANDA JONES                                                                                    PLAINTIFF

V.                                        CASE NO. 13-CV-1028

BRUCE E. KOHNKE and
BLADE RUNNER TRANSPORT                                                          DEFENDANTS

ORDER

    Before the Court is a Joint Motion for Order to Dismiss. (ECF No. 11). Plaintiff has settled all claims against both Defendants, and the parties move the Court to dismiss this case with prejudice. Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Plaintiff's claims against Defendants are hereby **DISMISSED WITH PREJUDICE**.

    If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this Judgment. The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

    **IT IS SO ORDERED**, this 13th day of September, 2013.

                                                   /s/ Susan O. Hickey
                                                   Susan O. Hickey
                                                   United States District Judge